UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AVERY MORROW,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-221-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on September 10, 2024 [D.E. 17], the court ADOPTS the conclusions in the M&R [D.E. 16] and REMANDS the action to the commissioner.

<u>This Judgment filed and entered on September 10, 2024, and copies to:</u>
Counsel of record for the parties (via CM/ECF electronic notification)


September 10, 2024                                                  Peter A. Moore, Jr.
                                                                           Clerk of Court


                                                                        By: /s/ Stephanie Mann
                                                                             Deputy Clerk