IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00221-D-BM

| | |
|---|---|
| AVERY MORROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT |
| ) | OF ATTORNEY FEES |
| ) | UNDER THE |
| CAROLYN COLVIN, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,100.00 in attorney's fees and $402.00 in costs, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Blair Biser, and mailed to his office at Deuterman Law Group, 2530 Meridian Pkwy, Suite 4021, Durham, NC 27713, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This the 6 day of January, 2025.

JAMES C. DEVER III
United States District Judge