UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| AVERY MORROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:23-CV-221-D** |
| CAROLYN COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,100.00 in attorney's fees and $402.00 in costs, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Blair Biser, and mailed to his office at Deuterman Law Group, 2530 Meridian Pkwy, Suite 4021, Durham, NC 27713, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on January 8, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

January 8, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk